| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) _____ | Chapter | 11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | F&O Melrose Place Inc. | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-2832885 | |
| 4. | Debtor's address | **Principal place of business**  8490 Melrose Place  West Hollywood, CA 90069  Number, Street, City, State & ZIP Code  Los Angeles  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Debtor  F&O Melrose Place Inc.  
Name

Case number (if known) _____

7. Describe debtor's business

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. Check all that apply
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  7225

8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  See Attachment      Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor __F&O Melrose Place Inc.__                                  Case number (if known) _____
            Name

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **F&O Melrose Place Inc.**                                                    Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 3, 2020**
               MM / DD / YYYY

X  **/s/ Alexis Blair**                                    **Alexis Blair**
   Signature of authorized representative of debtor            Printed name

   Title  **CEO**

**18. Signature of attorney**

X  **/s/ Robert L. Rattet**                                Date  **July 3, 2020**
   Signature of attorney for debtor                              MM / DD / YYYY

   **Robert L. Rattet**
   Printed name

   **Davidoff Hutcher & Citron LLP**
   Firm name

   **605 Third Avenue**
   **34th Floor**
   **New York, NY 10158**
   Number, Street, City, State & ZIP Code

   Contact phone  **212 557 7200**        Email address  **rlr@dhclegal.com**

   **1674118 NY**
   Bar number and State

Debtor  F&O Melrose Place Inc.
Name

Case number (if known) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | F&O Scarsdale LLC | | Relationship to you | Affiliate |
| District | SDNY | When | Case number, if known | 20-22808 |
| Debtor | See attached | | Relationship to you | |
| District | | When | Case number, if known | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

**SCHEDULE OF CASES BEING FILED BY DEBTOR AND AFFILIATES:**

F&O SCARSDALE LLC

LUXURY DINING GROUP LLC

FIG & OLIVE HOLDING LLC

FIG & OLIVE USA INC.

F&O LEXINGTON LLC

FIG & OLIVE THIRTEEN STREET LLC

FIG & OLIVE FIFTH AVENUE LLC

F&O HOUSTON LLC

F&O NEWPORT BEACH LLC

F&O MELROSE PLACE INC.

F&O LOS ANGELES INC.

**Fill in this information to identify the case:**

Debtor name: F&O Melrose Place Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2020

X /s/ Alexis Blair
Signature of individual signing on behalf of debtor

Alexis Blair
Printed name

CEO
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: F&O Melrose Place Inc.
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| American Paper and Provisions<br>550 S. 7th Avenue<br>City of Industry, CA 91746 | | | | | | $512.00 |
| AT&T Mobility<br>PO Box 5019<br>Carol Stream, IL 60197 | | | | | | $1,854.42 |
| CA Dept. of Tax & Fee Admin. Agency<br>450 North Street<br>Sacramento, CA 95814 | | | | | | $59,313.35 |
| Cardea Group, Inc.<br>295 Madison Ave., Ste. 1830<br>New York, NY 10017 | | | | | | $12,500.00 |
| Collage Floral Design of Events, Inc.<br>1084 S. Fairfax Avenue<br>Los Angeles, CA 90019-4401 | | | | | | $1,709.27 |
| Ecolab<br>PO Box 32027<br>New York, NY 10087 | | | | | | $1,210.82 |
| France Bakery<br>3046 Fletcher Drive<br>Los Angeles, CA 90065 | | | | | | $5,555.45 |
| Gelato-Go<br>7135 Hollywood Blvd., Unit 1207<br>Los Angeles, CA 90046 | | | | | | $1,845.00 |

Debtor  **F&O Melrose Place Inc.**                     Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Johnson Controls Security Solutions P.O. Box 371967 Pittsburgh, PA 15250-7967 | | | | | | $3,170.63 |
| Kompany LLC 8271 Melrose Ave., Ste. 100 Los Angeles, CA 90046 | | Rent | Unliquidated Disputed | | | $177,777.09 |
| Laprom Moving 20720 McNulty Place Winnetka, CA 91306 | | | | | | $2,425.42 |
| Littler Mendelson, PC P.O. Box 207137 Dallas, TX 75320 | | | | | | $69,553.15 |
| Melissa's World Variety P.O. Box 514599 Los Angeles, CA 90051 | | | | | | $1,259.10 |
| Mike's Designer 2930 1/2 Walton Ave. Los Angeles, CA 90007 | | | | | | $1,282.07 |
| Millpress Imports 2146 City Line Rd Bethlehem, PA 18017 | | | | | | $3,242.19 |
| NUCO2 LLC P.O. Box 9011 Stuart, FL 34995 | | | | | | $1,416.68 |
| Phillips, Erlewine, Given & Carlin LLP 39 Mesa Street, Ste. 201 San Francisco, CA 94129 | | | | | | $2,797.00 |
| Quality Mapping Service 14549 Archwood St., Ste. 301 Van Nuys, CA 91405 | | | | | | $501.00 |
| Ramco Inc. 3921 E. Miraloma Avenue Anaheim, CA 92806 | | | | | | $472.50 |

Debtor  **F&O Melrose Place Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| UL LLC, Everclean 32097 Collection Dr. Chicago, IL 60693-0097 | | | | | | $500.00 |

# United States Bankruptcy Court
## Southern District of New York

In re: **F&O Melrose Place Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fig & Olive Los Angeles Inc. | | 100% | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: July 3, 2020

Signature: /s/ Alexis Blair
Alexis Blair

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: **F&O Melrose Place Inc.**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **F&O Melrose Place Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 3, 2020
Date

/s/ Robert L. Rattet
Robert L. Rattet
Signature of Attorney or Litigant
Counsel for **F&O Melrose Place Inc.**
Davidoff Hutcher & Citron LLP
605 Third Avenue
34th Floor
New York, NY 10158
212 557 7200 Fax:212 286 1884
rlr@dhclegal.com

FIG & OLIVE | Luxury Dining Group

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION F&O MELROSE PLACE LLC

I, **Alexis Blair** declare under penalty of perjury that I am the CEO of F&O Melrose Place LLC and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said Company at a special meeting duly called and held on the _2_ day of **July**, 2020.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alexis Blair** CEO of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Alexis Blair** CEO of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Alexis Blair**, CEO of this Company is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the Company in such bankruptcy case."

Date  7/2/20                Signed  _[signature]_

# United States Bankruptcy Court
## Southern District of New York

In re: **F&O Melrose Place Inc.**, Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 3, 2020**

/s/ Alexis Blair
Alexis Blair/CEO
Signer/Title

```
American Express          FSR Foodservice Repair      Los Angeles County Tax C
4315 South 2700 West      3046 Flemington Ave          225 N. Hill St., #1
Salt Lake City, UT 84184  Los Angeles, CA 90065        Los Angeles, CA 90012


American Paper and Provisions  Gelato-Go                         M. Tucker
550 S. 7th Avenue              7135 Hollywood Blvd., Unit 120    1750 S. Twin Valley Rd.
City of Industry, CA 91746     Los Angeles, CA 90046             Elverson, PA 19520


AT&T Mobility              Hernandez Air                     Melissa's World Variety
PO Box 5019                2027 E. Almont Ave., Apt. D       P.O. Box 514599
Carol Stream, IL 60197     Anaheim, CA 92806                 Los Angeles, CA 90051


CA Dept. of Tax & Fee Admin.   Getschedules.com        Michael Forsyth
450 North Street               P.O. Box 848472         c/o Shegerian & Associates
Sacramento, CA 95814           Dallas, TX 75284-8472   145 S. Spring Street, Ste 4
                                                       Attn: Carney R. Shegerian
                                                       Los Angeles, CA 90012


Cardea Group, Inc.              Icesurance             Mike's Designer
295 Madison Ave., Ste. 1830     500 Fenimore Rd        2930 1/2 Walton Ave.
New York, NY 10017              Mamaroneck, NY 10543   Los Angeles, CA 90007


Collage Floral Design           Internal Revenue Service            Millpress Imports
of Events, Inc.                 Centralized Insolvency Operations   2015 City Line Rd
1084 S. Fairfax Avenue          PO BOX 7346                         Bethlehem, PA 18017
Los Angeles, CA 90019-4401      Philadelphia, PA 19101-7346


Digital Marketing Box US Inc.   Johnson Controls Security Solutions  NUCO2 LLC
9205 W. Russell Rd., Ste. 240   P.O. Box 371967                      P.O. Box 9011
Las Vegas, NV 89148             Pittsburgh, PA 15250-7967            Stuart, FL 34995


Ecolab                     Kompany LLC                        Office of the U.S. Trustee
PO Box 32027               8271 Melrose Ave., Ste. 100        201 Varick Street, Room 1
New York, NY 10087         Los Angeles, CA 90046              New York, NY 10014


Ecolab                     Laprom Moving              Pedro Robles
1 Ecolab Place             20720 McNulty Place        c/o The Dominguez Firm, L
Saint Paul, MN 55102       Winnetka, CA 91306         3250 Wilshire Blvd. Suite
                                                      Attn: Jace H. Kim, Esq.
                                                      Los Angeles, CA 90010


Ecolab Pest Elimination    Littler Mendelson, PC      Phillips, Erlewine, Given
26252 Network Place        P.O. Box 207137            & Carlin LLP
Chicago, IL 60673-1262     Dallas, TX 75320           39 Mesa Street, Ste. 201
                                                      San Francisco, CA 94129
```

Premier Meat Company
P.O. Box 58183
Vernon, CA 90058


Puroserve
6953 Canoga Avenue
Canoga Park, CA 91303


Quality Mapping Service
14549 Archwood St., Ste. 301
Van Nuys, CA 91405


Ramco Inc.
3921 E. Miraloma Avenue
Anaheim, CA 92806


Shiny Kitchen Inc.
PO Box 347910
Pittsburgh, PA 15251


Start Fresh Fridge
P.O. Box 241864
Los Angeles, CA 90024


Sysco LA
20701 East Currier Road
Walnut, CA 91789-2904


The A Specialist
4500 Park Grenada Ste 202
Calabasas, CA 91302


Travis Francis
c/o Stevens & McMillan
335 Centennial Way
Attn: Daniel P. Stevens, Esq.
Tustin, CA 92780

UL LLC, Everclean
32097 Collection Dr.
Chicago, IL 60693-0097